UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. ENNIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. HAYES, et al.,<br><br>　　　　　　Defendants. | No. 2: 14-cv-2171 JAM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

　　　　By an order filed October 28, 2016, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order. Accordingly, the undersigned recommends that this action be dismissed.

　　　　On October 28, 2016, the undersigned also recommended that plaintiff's claims against defendants Hayes, Dacio, Saeturn, Stein, Dobbs, Jorpy, Dr. Nangalam and Joseph be dismissed without leave to amend. (ECF No. 13.) Because the undersigned herein recommends that this action be dismissed, the October 28, 2016 findings and recommendations are vacated as unnecessary.

　　　　Accordingly, IT IS HEREBY ORDERED that the October 28, 2016 findings and recommendations (ECF No. 13) are vacated;

////

1

1    IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u>
2 Fed. R. Civ. P. 41(b).

3    These findings and recommendations will be submitted to the United States District Judge
4 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days
5 after being served with these findings and recommendations, plaintiff may file written objections
6 with the court.  The document should be captioned "Objections to Findings and
7 Recommendations."   Plaintiff is advised that failure to file objections within the specified time
8 may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th
9 Cir. 1991).

10 Dated:  December 27, 2016

12 KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

13

14 En2171.fusm
kc

2